MOED-0001        DISCLOSURE STATEMENT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DONNA EVITTS, INDIVIDUALLY AND AS ADMINISTRATRIX AND BENEFICIARY OF THE ESTATE OF GEORGE EVITTS, et al.<br>Plaintiff(s),<br><br>vs.<br><br>SYNGENTA AG, SYNGENTA CROP PROTECTION, LLC, et al.<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>) Case No. 4:23-cv-00733<br>)<br>)<br>)<br>) |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Syngenta Crop Protection, LLC hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
   Syngenta Crop Protection, LLC is not publicly traded.

b. Its parent companies or corporations (if none, state "none"):
   Syngenta Crop Protection, LLC's sole member is Syngenta Seeds, LLC, which is headquartered in Downers Grove, Illinois. The sole member of Syngenta Seeds, LLC is Syngenta Corporation, which is incorporated and headquartered in Delaware.

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
   None.

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
   None.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
   See Exhibit A, attached hereto and incorporated herein.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001 DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

/s Michael J. Nester
Signature (Counsel for Plaintiff/Defendant)
Print Name: Michael J. Nester, 4914MO
Address: 15 North 1st St., Suite A
City/State/Zip: Belleville, IL 62220
Phone: 618.212.6500

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: June 5, 20 23.

/s Michael J. Nester
Signature